

**Granted**

EFiled: Jul 25 2017 08:14AM EDT
Filing ID 60891545
Case Number 277,2017

## IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHAMAR T. STANFORD, | ) | |
| | ) | |
| Defendant Below, | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | No. 277, 2017 |
| | ) | |
| STATE OF DELAWARE, | ) | |
| | ) | |
| Plaintiff Below, | ) | |
| Appellee. | | |

## ORDER

This ___ day of _____, 2017, having considered the State's

Motion to Remand, it is HEREBY ORDERED that the motion is GRANTED.

It is FURTHER ORDERED that the case is remanded to Superior Court for

the Superior Court to address any outstanding claims in Stanford's May 17, 2017

amended Motion for Postconviction Relief in the first instance.

Jurisdiction is not retained.

_____

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | DE Supreme Court |
| **File & Serve Transaction ID:** | 60872958 |
| **Current Date:** | Jul 25, 2017 |
| **Case Number:** | 277,2017 |
| **Case Name:** | Stanford, Shamar v. State of Delaware |

**/s/ Judge Seitz, Collins**